UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAFAEL PAREDES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., *et al.*,<br><br>　　　　　Defendants. | Civil Action No.:21-17091 (JXN) (JSA)<br><br>**ORDER** |

**NEALS**, District Judge

**THIS MATTER** having been opened to the Court by Defendant United Airlines, Inc.'s ("United") motion to dismiss Plaintiff Rafael Paredes' ("Plaintiff") Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 46) and motion for sanctions pursuant to Fed. R. Civ. P. 11 (ECF No. 47). Plaintiff opposed the motions (ECF Nos. 49, 50), and United replied in further support (ECF Nos. 51, 52). Jurisdiction and venue are proper pursuant to 28 U.S.C. §§ 1332 and 1391, respectively. The Court having considered the foregoing submissions and having heard the oral argument of the parties and issued its findings and rulings from the bench. For the reasons set forth at the March 18, 2024 hearing and for other good cause shown;

**IT IS** on this 18th day of March, 2024,

**ORDERED** that Plaintiff's Second Amended Complaint (ECF No. 45) is hereby **DISMISSED** *with prejudice*; it is further

**ORDERED** that United's Motion to Impose Sanctions is **DENIED;** and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JULIEN XAVIER NEALS
　　　　　　　　　　　　　　　　　　　　　　United States District Judge